**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Abel ARAUJO–AVILA, Defendant–
Appellant.**

**No. 05–51596
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 13, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Abel Araujo–Avila, Three Rivers, TX, pro se.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Abel Araujo–Avila (Araujo), federal prisoner # 88995–080, appeals the denial of his 18 U.S.C. § 3582(c)(2) motion to reduce sentence. He argues pursuant to Amendment 668 to the Sentencing Guidelines that he is entitled to a role adjustment in his offense level. Araujo, however, has failed to brief the issue whether the district court erred in holding that his motion was meritless because Amendment 668 has not been designated retroactively applicable under U.S.S.G. § 1B1.10(c) (2006). He has

---

therefore waived its review. *See Yohey v. Collins,* 985 F.2d 222, 225 (5th Cir.1993).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.